# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA
### (Western Division)
### 42 USC § 1983 by a person in State Custody [Non-Penal]

P. Michael Huston, Donald Phillips, Geoffrey Thomas, &
Arthur Jim Triplett Jr. **Plaintiffs,**
VS.
Kelly Garcia et. al. [including Barbara Denali] **Defendants,**

Case No. 5:-- 19—CV— 4019
**Complaint**

---

## I. Parties

Name of Plaintiff: P. Michael Huston
Address: C. M. H. I.- CCUSO Unit
    1251 W. Cedar Loop #6
    Cherokee, IA. 51012

Additional Plaintiffs: Geoffrey Thomas
Address: C. M. H. I.- CCUSO Unit
    1251 W. Cedar Loop #6
    Cherokee, IA. 51012

Additional Plaintiffs: Donald Phillips
Address: C. M. H. I.- CCUSO Unit
    1251 W. Cedar Loop #6
    Cherokee, IA. 51012

Additional Plaintiffs: Arthur Jim Triplett Jr.
Address: C. M. H. I.- CCUSO Unit
    1251 W. Cedar Loop #6
    Cherokee, IA. 51012

## II. Defendants

Name of Defendants: Kelly Garcia
Address: Director DHS, Capitol Bldg.
Des Moines, IA. 50306

D. (Additional Defendants): Barbara Denali
CMHI-CCUSO Unit
1251 W. Cedar Loop
Cherokee, IA. 51012

## III. Jurisdiction

Jurisdiction is predicated on 42 USC § 1983 and 28 USC §1343 (a) (3). All defendants are state employees within the definitions of state and federal law. Acting under color of state law, [or in violation of that state law.]

## IV. Statement of Claims

We have tried to be patient with the authorities regarding our access to religious counsel, equal access to kosher microwave, & unrestricted kosher diet.

### i. Access to Religious Counsel

We are still consistently denied our right to access to a Rabbi for at least once a month in person religious counseling. The Muslims, who came here a yr. or more after us, have the prison Muslim Imam [holy man] (Taha Tawil) come in to provide in person religious counsel to Muslims, & be paid an additional sum of $50,000.00 by CCUSO. They refused us when only Huston & Triplett had cases before this court, that resulted in settlements [12-CV-04020MWB, & 14-CV-04083DEO,] the State would not recognize, as they have for Christian & Muslim faiths, the right to religious counsel at State expense as the prisons provide. [CH 168 Sec 6. Sec. 6 (Sec. 6. 2002 Iowa Acts, Second Extraordinary Session,) chapter 1003, section 155, subsection 1,]

### ii. Equal Access to kosher Microwave

Law under the 14$^{\underline{th}}$ Amendment; Equal access as applied to the States & Patients by Iowa State Constitution, & U.S. Constitution, creates a right to equal access to the kosher microwave. Our kosher microwave, we are denied access too, as others on the units, when they want too, they can cook up whatever they want, & we have to *choose* between staying true to our faith, or use their pork-contaminated microwave to make a snack, I am a diabetic, so it is sometimes crucial for me.

### iii. Punitive Diet restrictions outside of kosher itself.

We are subject to other than necessary for allergies restrictions like healthy diet whether by request & now they use Iowa City excuse, that is irrelevant. & Mine, over high A1C, now that I lowered it, they use high cholesterol as an excuse to keep me on it, when it has never been put in writing that I am on a healthy diet for high cholesterol. This makes the kosher diet which is minimal as is, an affliction in violation of our faith. It is kosher for the spiritual purity of our faith, not for them to starve us, under the guise kosher/healthy diet, or kosher/gluten-free diet. This ruins a pure regular kosher diet. Permitted exceptions would be, (i.e. Lactose intolerance (Milk), Mayo (Mayonnaise base products), etc.)

### iv. Cruel & Unusual Punishments as applied to IV. i. – iii.

Also 8th Amendment; prohibition from cruel & unusual punishments inflicted on us, by keeping us from face to face counseling with our religious leaders, & the in our face favoritism of Christian & Muslim type faiths, by how they are given a lot more freedom of access to religious counsel & access on demand to religious mtgs. & things on their say so.

### V. Specific Laws Violated.

**If You Know [Briefly State What Specific Law or Constitutional Provisions Defendants Violated]:**

1st Amendment USCA; Freedom of religious exercise, 8th Amendment USCA; Free from Cruel & Unusual Punishments, & 14th Amendment USCA; Right to equal treatment & equal access to privileges & rights as other patients similarly situated.

### VI. Relief.

1. All Patients observing Judaism be given access to in person counsel with a Rabbi.
2. All Patients observing Judaism be given equal access to the kosher microwave at all hrs. allowed out of their room, such as on the unit.
3. All Patients observing Judaism be given only diet restrictions in addition to the kosher itself that pertain to allergies, lactose intolerance, mayo allergy, etc.
4. All Patients observing Judaism be given equal time to worship as other faiths, two hrs. one for their study time, another for the Shabbat inauguration, (Candle Lighting Ceremony) & other holy Days that come up during the yr. by scripture.
5. Defendants be ordered to pay punitive damages in an amount to be determined by the court, for clearly denying us our religious rights to freely practice our faith within the kosher laws of our faith and be able to stay kosher even when sick and restricted to the unit.

Signed this 17 day of February 20 20

x _____
Plaintiffs: P. Michael Huston,

x _____
Plaintiffs: Donald Phillips,

x ~~_____~~
Plaintiffs: Geoffrey Thomas,

x ארתור ג'ים טריפ
Plaintiffs: Arthur Jim Triplett Jr.

Brad Wittrock

## REQUEST FOR CCUSO STAFF SERVICES

RECEIVED JAN 06 2020

Patient Name: L. Michael Huston  Unit S-7  Date 1-03-20

Request: We need a Microwave on the Units. Jewish Pts. Are on or one on S-5 so Jewish Pts. have enough time to cook/ [Kouple PSS] their meals. There Are 5 Pts. needing Microwave almost daily

3 Jews 2 muslims

See PSS Staff First, PSS Signature: Sok / KDuyck PSS

PSS Referred Patient To: ___ Supervisor ___ Therapist ___ Clinical Director _X_ Deputy Director

Response: As per our discussion on 1-7-20, no changes will be made to the current Kosher microwave arrangements.

Staff Signature: Bibh   Date: 1-7-20

Case 5:20-cv-04019-LTS-KEM   Document 3   Filed 03/16/20   Page 3 of 5

To: Wittrock    **REQUEST FOR CCUSO STAFF SERVICES**    RECEIVED JAN 13 20

Patient Name: Triplett    Unit: S5    Date: 01-12-20

Request: This is to inform you to the Bad situation going on with the kosher Microwave on S3. Our meals come Frozen and Takes Anywhere from 9 to 20 min to Fix our meals. There are 3 of us Doing Jewish Kosher Meals And Half the Time one of us Don't have the time to Heat our meal. Also There are Two People Who Heat up Muslim meals. We cannot use two Microwaves at the same time Because it Pops the Circet.    OVER →

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: ___ Supervisor ___ Therapist ___ Clinical Director ___ Director ___ Chaplain

Response: Arthur - I've turned in a work order to have the issue with blown circuits looked into. Thanks for the note.

Staff Signature: Bill    Date: 1-14-20

---

**REQUEST FOR CCUSO STAFF SERVICES**

Patient Name: Triplett    Unit: S5    Date: 03-10-17

Request: There is something we Failed to consider at the meeting on 03-03-17. All the units have Access to the Microwave During all hours we are Allowed to be up. If the microwave is not on the unit then our use of the microwave is Restricted. If we want to heat up a late Night snack we cannot do it. I like to Buy Pop Corn and use my microwave popper to pop it.

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: ___ Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: Snacks are Not required. Suggestion you can take popcorn to dinner and pop it there. [illegible] The Kosher microwave will be placed on S-3.    Thanks,

Staff Signature: Chaplain Davis    Date: 3/24/17



**Iowa Department of Human Services (DHS)**
**Civil Commitment Unit for Sexual Offenders (CCUSO)**
*Patient Grievance*

RECEIVED JAN 22 2020

Patient Name: Triplett and Huston   Date & Time of Incident: Ongoing
Unit: S-5, S-7 (S-9)   Date & Time of Sanction(s): _____

Description of Patient/Unit Issue, Sanction, and/or a Potential Patient Rights Violation (*Attach Additional Documents If Necessary*):

Equal Protections To Kosher Microwave. I complained between 2017-2019, 1-03-20 Triplett complained in kites As well 3-10-2017, 1-12-20 The Microwave, we should have equal opportunities too. and Meal Prep. They're are a lot of people Jews & muslims needing Access to the Room.

Has This Issue Been Processed with a Therapist or Treatment Program Supervisor (TPS)? ☒ Yes ☐ No
Date of Processing: 1/07/20   Name of Therapist or TPS: Brad Wittrock

Action Requested by Patient: 1.) Kosher microwave on each unit where there is a Kosher Jewish Patient. or 2.) Move all to S-5 and place Kosher microwave for equal Access of Jewish Patients.

Patient Signature: [signature] M. Huston   Date & Time 1-19-20 1837
Patient Signature: [Hebrew signature]   Date & Time: 1-19-20 1837
Therapist or TPS Signature: _____   Date & Time: _____

| Continuance Requested? | ☐ Yes ☐ No | Continuance Granted? | ☐ Yes ☐ No |
Therapist or TPS Signature: _____   Date & Time: _____

NOTE: A patient has five (5) regular business days to submit a Patient Grievance after identifying a patient or unit issue, upon receiving written notice of a sanction associated with a violation of rules or expectations, or upon becoming aware of a potential violation of their patient rights, otherwise a grievance on the issue will not be accepted. A continuance may be granted, provided this is approved and documented by the therapist or TPS prior to the expiration of the established deadline.

Treatment Team Response: Many factors have been considered in the placement of microwaves (including electrical limitations). A work order was recently completed which should address concerns expressed by Mr. Huston. Microwaves will not be moved at this time.

Treatment Team Representative Signature: [signature]   Date & Time: 1-23-20 1020

| Continuance Requested? | ☐ Yes ☐ No | Continuance Granted? | ☐ Yes ☐ No |
CCUSO Deputy Superintendent/Clinical Director/Designee Signature: _____   Date & Time: _____

NOTE: This step will be completed within five (5) regular business days from the point the patient completes a Patient Grievance. A continuance may be granted, provided this is approved by the CCUSO Deputy Superintendent, CCUSO Clinical Director, or designee, and documented prior to the expiration of the established deadline.

*Appeal*
Decisions may be appealed to the CMHI/CCUSO Superintendent or designee via the completion of a Patient Appeal that summarizes the basis for the appeal within five (5) regular business days of the Treatment Team's decision. The Patient Appeal will be answered in writing by the CMHI/CCUSO Superintendent or designee within five (5) regular business days of the receipt of the appeal unless the need for a continuance is documented prior to the expiration of the established deadline.